**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 3, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00517-CV

---

### ROTENCO, S.A. DE C.V., Appellant

### V.

### OSCAR PULIDO INDIVIDUALLY AND D/B/A INTERNATIONAL INDUSTRIAL SUPPLIERS CO., SURTIND, INC AND SURTIND IMP. & EXP., S.A. DE C.V., Appellees

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2014-06862**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed May 27, 2015. On November 20, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.